■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

TIMOTHY WALKER, Appellant. [598 NYS2d 748] —Judgment unanimously affirmed. Memorandum: We reject defendant's contention that his second statement to the police should have been suppressed. Supreme Court properly found that any promise made by the police officers did not create a substantial risk that defendant might falsely incriminate himself *(see, People v Giangrasso,* 109 AD2d 750; *People v Vail,* 90 AD2d 917; *People v Perry,* 77 AD2d 269, 272-273; *see also, People v Taber,* 115 AD2d 126, *lv denied* 67 NY2d 657; *see generally,* CPL 60.45 [2] [b] [i]).

We have examined defendant's other contentions and find them to be without merit. (Appeal from Judgment of Supreme Court, Monroe County, Doyle, J.—Robbery, 3rd Degree.) Present—Callahan, J. P., Green, Fallon, Boomer and Boehm, JJ.